# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145537

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RAFIEL RAMAR RIGGINS,
       Defendant-Appellant.

SC: 145537
COA: 307591
Wayne CC: 06-006240-FC

_____/

      On order of the Court, the application for leave to appeal the June 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012 _____    _____
                                                Clerk

s1217